UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK
Judge:        JOSE L. LINARES                      Date:   05/27/2015
Court Reporter:   PHYLLIS LEWIS                    Docket No: 15-248 (JLL)

Title of the Case:

UNITED STATES OF AMERICA
v.
ITAMAR COHEN

Appearances:
Nicholas Grippo,  AUSA
Dawn M. Wilson, Attorney for Defendant

Nature of Proceedings:
Defendant sworn.
Waiver of Indictment fld.
Information fld.
Plea: Guilty to Count(s) 1 of Information.
Rule 11 fld.
Plea Agreement fld.
Ordered sentence date for 09/02/2015 at11:00 a.m.
Ordered bail set at $100,000 PR Bond


Commenced: 2:15 pm
Concluded:   3:00 pm


*Lissette Rodriguez*, Courtroom Deputy
to the Honorable Jose L. Linares, U.S.D.J.