UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ITAMAR COHEN | Criminal No.: 2:15-00248-1<br><br>BAIL MODIFICATION ORDER |

WHEREAS on May 27, 2015, the defendant, Itamar Cohen ("Cohen"), entered a plea of guilty to the Information dated May 27, 2015; and

WHEREAS Cohen was released on bail pending sentencing pursuant to an Appearance Bond dated May 27, 2016, that, among other things, restricted his travel to the United States and Canada; and

WHEREAS Cohen surrendered his Israeli passport to the U.S. Probation and Pretrial Services department (the "Probation Department"); and

WHEREAS Cohen has requested a modification of his bail conditions to permit him to travel to Israel for approximately three weeks starting on or around September 26, 2016; and

WHEREAS the United States Attorney's Office and the Probation Department do not object to Cohen's request to travel temporarily to Israel; it is

ORDERED:

1. The conditions of Cohen's release pursuant to the Appearance Bond dated May 27, 2016, are modified to permit him to travel to Israel for approximately three weeks starting on or around September 26, 2016;

2. The Probation Department will temporarily return Cohen's Israeli passport to him to facilitate this travel;

3. Cohen will provide the Probation Department with an itinerary of his Israel trip, including flight information and addresses and local phone numbers of all locations at which he will be staying;

4. Cohen will telephonically report to his Probation Officer while on this trip as he is directed by the Probation Department;

5. Cohen will continue to comply with all other conditions of the Appearance Bond.

SO ORDERED:

Dated: August 23, 2016

                                                         _____
                                                         JUDGE JOSE L. LINARES